# Court of Appeals
# of the State of Georgia

ATLANTA,__June 21, 2017_____

*The Court of Appeals hereby passes the following order:*

## A17E0059.  SUNBELT RENTALS, INC. v. ALL-SOUTH SUBCONTRACTORS, INC.

Emergency Motion for Order Staying Class Certification Hearing is herein DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__06/21/2017_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*